MARGARET T. JOHNSON & another *vs.* GEORGE W. TACEY, executor. November 3, 1949. Appeal dismissed. This is an appeal from an interlocutory decree dissolving a temporary injunction which had been issued upon the filing of a petition against the respondent, which petition is apparently

pending in the Probate Court. Such an appeal is not properly before this court and presents nothing for our consideration. *Fusaro* v. *Murray*, 300 Mass. 229. *School Committee of Winchendon* v. *Selectmen of Winchendon*, 300 Mass. 266. *Leffler* v. *Todd*, 308 Mass. 243.

*A. L. McCarthy*, for the petitioners.

No argument nor brief for the respondent.